**Donald L. RAGAVAGE,
Plaintiff-Appellant,**

**v.**

**CITY OF WILMINGTON,
Defendant-Appellee.**

**No. 16-2361**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: June 5, 2017

Thomas A. Woodley, Megan K. Mechak, WOODLEY & MCGILLIVARY LLP, Washington, D.C., for Appellant. Scott C. Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and NIEMEYER and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ragavage appeals the district court's order granting summary judgment for the Appellee on Ragavage's 42 U.S.C. § 1983 (2012) claims based on his termination because Ragavage was not disciplined or terminated by an official with final policymaking authority. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ragavage v. City of Wilmington*, No. 7:15-cv-00085-FL, 2016 WL 6537668 (E.D.N.C. Nov. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*